# In the United States Court of Federal Claims

No. 05-1093C
Filed December 19, 2005

************************************
STEVENSVILLE VILLAGE LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

## ORDER

The parties' Joint Motion for a Stay of Proceedings, filed December 1, 2005, is **GRANTED**. Accordingly, this case is stayed until December 19, 2006 unless the ADR process in the related cases of *Grass Valley Investment Group I* v. *United States*, No. 04-1284C (Fed. Cl.), *Diamond Springs Investment Group II* v. *United States*, No. 04-1302 (Fed. Cl.), *Weaverville Investment Group I* v. *United States*, No. 04-1320C (Fed. Cl.), *Hollister Investment Group II v. United States*, No. 04-1297C (Fed. Cl.), *Ramona Investment Group II* v. *United States*, No. 04-1259C (Fed. Cl.), *Pixley Investment Group* v. *United States*, No. 04-1315C (Fed. Cl.), *Brawley I Investment Group* v. *United States*, No. 04-1287 (Fed. Cl.), and *Brawley II Investment Group* v. *United States*, No. 04-1305C (Fed. Cl.) is resolved earlier, in which case the stay will expire 14 days after the conclusion of the ADR process.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**